Al **FREED**, Fred Johnsen and Ralph Kush-
ner, Appellants, v. UNITED STATES
of America, Appellee.

No. 13023.

United States Court of Appeals
Ninth Circuit.

Feb. 1, 1952.

Harold Judson, Henry Poyet and Burke
Mathes, all of Los Angeles, Cal., for appel-
lant Fred Johnsen.

Eugene L. Wolver, Los Angeles, Cal., for appellant Al Freed.

Low & Stone, Los Angeles, Cal., for appellant Ralph Kushner.

Walter S. Binns, U. S. Atty., Ray H. Kinnison, Norman W. Neukom, Ray M. Steele, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before STEPHENS, HEALY and BONE, Circuit Judges.

PER CURIAM.

The judgment is reversed as to appellants Freed and Kushner. The judgment as to appellant Johnsen is affirmed only as to Counts 19, 23 and 30.